***NOT FOR PRINTED PUBLICATION***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **PAMELA KAY STOTTS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:18-CV-199 |
| | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Keith Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report and recommendation (Doc. No. 17) recommending the court affirm the Commissioner's decision denying benefits. No objections have been filed. The findings and recommendations of the Magistrate Judge are correct. Accordingly, the court ACCEPTS the recommendation of the magistrate judge.

So ORDERED and SIGNED, Sep 22, 2020.

_____
Ron Clark
Senior Judge